## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD BLIZZARD, JR., | * | Chapter: 8 |
| | * | |
| Debtor | * | Bky. No. 23-12669 |
| | * | |

## NOTICE OF APPEARANCE

Please enter the appearance of Edward S. Robson as counsel for creditor P&I Insurance Services, LLC in the above-captioned action.

                 **ROBSON & ROBSON P.C.**

Dated: May 1, 2024     By: */s/ Edward S. Robson*
                 Edward S. Robson (Pa. I.D. No. 307381)
                 ROBSON & ROBSON P.C.
                 2200 Renaissance Boulevard, Suite 270
                 King of Prussia, PA 19406
                 (610) 825-3009 (phone)
                 (610) 825-2620 (fax)
                 erobson@robsonlaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONALD BLIZZARD, JR., | * | Chapter: 8 |
| | * | |
| Debtor | * | Bky. No. 23-12669 |
| | * | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2024, the foregoing Notice of Appearance was served on all counsel of record by filing it electronically with the Clerk of the Court using the CM/ECF system:

Lee M. Herman, Esquire
Lee M. Herman, Esquire, PC
280 N. Providence Road, Suite 4
Media, PA 19063
(610) 891-6500
Fax : 215-698-1930
Email: lmh@lmhlaw.com

                                                  **ROBSON & ROBSON P.C.**

Dated: May 1, 2024            By:   */s/ Edward S. Robson*
                                                  Edward S. Robson (Pa. I.D. No. 307381)
                                                  ROBSON & ROBSON P.C.
                                                  2200 Renaissance Boulevard, Suite 270
                                                  King of Prussia, PA 19406
                                                  (610) 825-3009 (phone)
                                                  (610) 825-2620 (fax)
                                                  erobson@robsonlaw.com